SHIRLI F. WEISS (Bar No. 079225)
CHRISTOPHER M. YOUNG (Bar No. 163319)
NOAH A. KATSELL (Bar No. 217090)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701
shirli.weiss@dlapiper.com
christopher.young@dlapiper.com
noah.katsell@dlapiper.com

PAUL J. HALL (Bar No. 66084)
DLA PIPER LLP (US)
555 Mission Street Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500
Fax: 619.699.2701
paul.hall@dlapiper.com

Attorneys for Defendant
GROUPON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH GOSLING, on Behalf of Herself and All Other Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-01038 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Case Management Conference:<br><br>Date: June 17, 2011<br>Time: 8:30 a.m.<br>Courtroom: 8<br>Judge: Hon. Charles R. Breyer |

DLA Piper LLP (US)
San Francisco

EAST\44626886.2

STIPULATION FOR CONTINUANCE OF CMC AND ATTENDANT DATES
CASE NO. 3:11-CV-01038 (CRB)

     Plaintiff Sarah Gosling ("Plaintiff") and Defendant Groupon, Inc. ("Groupon") by and through their respective attorneys of record, stipulate as follows:

     1.    The initial Case Management Conference in this action is set for June 17, 2011 at 8:30 a.m.

     2.    Pursuant to the Order Setting Initial Case Management Conference and the Clerk's Notice dated March 14, 2011, the deadline to file the Rule 26(f) Report, complete initial disclosures or state objections to initial disclosures in the Rule 26(f) Report, and file the Case Management Conference Statement is June 10, 2011, and the deadline for the parties to meet and confer pursuant to Rule 26(f), file the ADR Certification, and file either a stipulation to ADR Process or Notice of Need for ADR Phone Conference is May 24, 2011.

     3.    On May 16, 2011, the Judicial Panel on Multidistrict Litigation ("JPML") will hear a motion to consolidate this case, along with other cases pending against Groupon and certain "retailer" defendants in various district courts and involving similar allegations ("MDL Motion").

     4.    The parties have previously stipulated and agreed to extend Groupon's time to respond to the complaint until (i) 45 days after the filing of a Consolidated Amended Complaint or whatever other deadline is set by the transferee court, in the event the JPML grants the MDL Motion, or (ii) 45 days after service of the JPML's decision on the MDL Motion to consolidate or whatever deadline is set by this Court, in the event the JPML denies the MDL Motion to consolidate.

     5.    In light of the above, the parties hereby stipulate and request that the Court stay all currently pending dates and deadlines in this matter, including the Case Management Conference currently scheduled for June 17, 2011 at 8:30 a.m., pending the JPML's decision on the MDL Motion. The parties further request that in the event the JPML denies the MDL Motion, the

/////
/////
/////
/////

1  Court reset the Case Management Conference for a date no sooner than 45 days after service of

2  the JPML's decision on the MDL Motion.

3  **IT IS SO STIPULATED**.

4

5  Dated: April 28, 2011

                                        DLA PIPER LLP (US)

7                                          By   s/ Christopher M. Young
                                            SHIRLI F. WEISS
8                                              PAUL J. HALL
                                            CHRISTOPHER M. YOUNG
9                                              NOAH A. KATSELL
                                            Attorneys for Defendant
10                                             GROUPON, INC.

11 Dated: April 28, 2011                      ROBBINS GELLER RUDMAN & DOWD LLP

13                                             By   s/ John J. Stoia, Jr.
                                            JOHN J. STOIA, JR.
14                                             RACHEL L. JENSEN
                                            PHONG L. TRAN
15                                             Attorneys for Plaintiff
                                            SARAH GOSLING

17     I, Christopher M. Young, attest that concurrence in the filing of this document has been

18 obtained from each of the signatories. I declare under penalty of perjury under the laws of the

19 United States of America that the foregoing is true and correct. Executed on this 28th day of

20 April, 2011 at San Diego, California.

21                                             By:   s/ Christopher M. Young
                                              CHRISTOPHER M. YOUNG
22                                               Attorney for Defendant Groupon, Inc.

1 **ORDER**

2 PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY

3 ORDERED that all dates and deadlines in this matter are stayed pending the decision of the

4 Judicial Panel on Multidistrict Litigation ("JPML") on the MDL Motion to consolidate. The Case

5 Management Conference currently scheduled for June 17, 2011 at 8:30 a.m. is taken off calendar,

6 and shall be rescheduled for a date no sooner than 45 days after service of the JPML's decision on

7 the MDL Motion, in the event the JPML denies the MDL Motion.

8 IT IS SO ORDERED.

9

10 Dated: ~~April~~ May 05 ___, 2011

11 The Hon. Charles R. Breyer



DLA PIPER LLP (US)
SAN FRANCISCO

EAST\44626886.2

-3-
STIPULATION FOR CONTINUANCE OF CMC AND ATTENDANT DATES
CASE NO. 3:11-CV-01038 (CRB)